UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALEX KNIGHT,

        Plaintiff,

v.          Case No. 3:23-cv-1081-MMH-PDB

C. C. SMITH and J. J. FRADDOSIO,

        Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Alex Knight, an inmate of the Florida penal system, filed a pro se letter (Doc. 1) dated September 8, 2023. In the letter, Knight asserts he has been physically abused by correctional staff at Suwannee Correctional Institution. He further asserts he is "feeling suicidal."[1]

Knight is advised that the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to include detailed information regarding the

---

[1] In light of his assertions, the Clerk of Court sent a copy of Knight's letter and the Amended Standing Order (Doc. 2) that is entered when an inmate makes a claim of suicidal intent or other imminent physical harm to the Inspector General and to the Warden of Suwannee Correctional Institution.

defendants a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests. Here, Knight has not filed a complaint, nor has he provided the Court with all of the information required by the civil rights complaint form.

Knight is further advised that he may not correspond with Judges of this Court in letter form. All requests for relief must be in the form of a pleading or a motion and must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Knight a civil rights complaint form. If Knight chooses to refile his claims, he may do so on the enclosed form. He

should not put this case number on the form because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** in Jacksonville, Florida, this 18th day of September, 2023.

MARCIA MORALES HOWARD
United States District Judge

caw 9/15
c:
Alex Knight, #183490

3